■ ROBERT WORKMAN, as Administrator of the Estate of GERTRUDE WORKMAN, Deceased, Appellant, v. BOYLAN BUICK, INC., Respondent, et al., Defendants.—

Hopkins, Acting P. J., Shapiro, Gulotta, Christ and Benjamin, JJ., concur.